UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                                         Case No.  2:06cr291--V

**SIKANDER MAKHANI**
_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 40, FED.R.CRIM.P.

**SIKANDER MAKHANI**, having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 40 Indictment from ND/TX Dallas Division was held on September 15, 2006.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **SIKANDER MAKHANI** is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **SIKANDER MAKHANI** be held to answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Tennessee this ___7th _____ day of December, 2006.

_____s/Diane K. Vescovo_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office