# UNITED STATES DISTRICT COURT

**Western Division**

| Western | DISTRI | Tennessee |

**UNITED STATES OF AMERICA**

**V.**

**SIKANDER MAKHANI**

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CA  **2:06cr291--V**

**CHARGING DISTRICTS**
**CASE**     **3:06-CR-274-L**

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court **Northern** District of **Texas** ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk **1100 Commerce, Rm 1452, Dallas, TX**

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear Pursuant Notice by the Prosecuting District.

**s/Diane K. Vescovo**
*Signature of Judge*

**December 7, 2006**
*Date*

*DIANE K. VESCOVO*
*UNITED STATES MAGISTRATE JUDGE*
*Name and Title of Judge*